# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 15-20189-CIV-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

NIDAL WAKED HATUM,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Nidal Waked Hatum's ("Defendant") Motion to Compel Discovery ("Motion to Compel") and to Exclude 404(b) Evidence ("Motion to Exclude") [D.E. 74]. This matter was referred to the undersigned by the Honorable Robert N. Scola, Jr. [D.E. 77]. The undersigned held a hearing on this matter on April 17, 2017. Based on the matters adduced at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Compel is GRANTED IN PART and the Motion to Exclude is DENIED WITHOUT PREJUDICE, as more fully set forth below.

### I.   *Motion to Compel:*

1. DEA Agent Lawrence Castillo ("Agent Castillo") testified at the April 17th hearing that wiretap recordings for a period in 2008 should have been included in the CD produced by the government. Accordingly, the government agreed to review its production and ensure that those recordings are produced.

2. With regard to additional wiretap recordings of Defendant, the government has **30 days from April 17, 2017** to obtain them from the Panamanian authorities who conducted the wiretaps and produce them to Defendant.

3. With regard to Defendant's request that the government be compelled to produce communications with Panamanian authorities relating to the wiretaps, the undersigned will preliminarily address the issue of Defendant's standing to invoke the Fourth Amendment in a potential motion to suppress. To this end, Defendant has until the close of business on **April 24, 2017** to supplement the record with additional indicia of Defendant's purported "significant voluntary connections" with the United States; and the government has **two days** thereafter to respond to Defendant's submission.

4. With regard to Defendant's request that the government be compelled to disclose the identity of and additional information regarding the three informants in the case, the government shall disclose such information **30 days before trial** as to the informants who will testify at trial. The disclosure shall include the dates, places and times when such informants met with Defendant.

5. With regard to Defendant's request that the government produce exculpatory evidence under the Court's Standing Discovery Order, the government has **60 days from April 17, 2017** to produce any such evidence.

## II. *Motion to Exclude:*

6. The government has now filed a Notice of Intent to Introduce 404(b) Evidence Notice, with regard to two telephone calls from the Panamanian wiretaps, recorded on October 20 and 22, 2014 [D.E. 96]. Further, except for newly discovered evidence, the government is directed to file any additional 404(b) notices **thirty days before trial**. Thus, in lieu of the Motion to Exclude, Defendant may file a motion *in limine* with respect to the government's 404(b) notice(s) if he deems it appropriate.

DONE AND ORDERED in Chambers in Miami, Florida, on this <u>17th</u> day of April, 2017.

                                                                                     _____
                                                                                      ALICIA M. OTAZO-REYES
                                                                                      UNITED STATES MAGISTRATE JUDGE

cc:       Honorable Robert N. Scola, Jr.
           Counsel of Record