United States District Court
for the
Southern District of Florida

| United States of America, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Criminal Case No. 15-20189-CR-Scola |
| Nidal Waked, | ) | |
| Defendant. | ) | |

### Order on Defendant's Appeal of Magistrate Judge's Order

This Court referred the Defendant Nidal Waked's motion to compel discovery and to exclude 404(b) evidence (ECF No. 74) to Judge Otazo-Reyes to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A) and Rule 1(c) of the Local Magistrate Judge Rules. (ECF No. 77.) In part, Waked sought to compel the Government to produce communications with Panamanian authorities relating to wiretaps of his phone. On April 17, 2017, Judge Alicia M. Otazo-Reyes issued an order, in which she reserved ruling upon this aspect of Waked's motion to compel, in order to address the issue of Waked's standing to invoke the Fourth Amendment in a potential motion to suppress the wiretaps at issue. (Order, ECF No. 105.) Thereafter, Judge Otazo-Reyes issued a supplemental order (Suppl. Order, ECF No. 142) finding that Waked lacks standing under the Fourth Amendment because he could not demonstrate "significant voluntary connections" with the United States. (Suppl. Order at 2.) Waked then filed an appeal of Judge Otazo-Reyes's Supplemental Order, based upon three arguments: 1) Judge Otazo-Reyes applied the wrong legal standard; 2) she erroneously disregarded a number of Waked's voluntary contacts with the United States; and, 3) she failed to address Waked's argument that Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. § 2510 *et seq.* gave him standing independent of the Fourth Amendment. (Appeal, ECF No. 157.)

A district court may reconsider a magistrate judge's ruling on a non-dispositive matter "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A) (2006); *see also* Rule 4 of the Local Magistrate Judge Rules. The Court has considered Waked's appeal, the record, and the relevant legal authorities, and finds that Judge Otazo-Reyes's rulings are not clearly erroneous or contrary to law.

Accordingly, it is hereby **ordered and adjudged** that the Magistrate Judge's Supplemental Order on Waked's motion to compel (**ECF No. 142**) is **affirmed**.

**Done and ordered** at Miami, Florida, on October 2, 2017.

_____
Robert N. Scola, Jr.
United States District Judge